NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>HERMENIO VALLEJO,<br><br>　　　　　　　Defendant. | Criminal Action No.: 02-21 (JLL)<br><br>**ORDER** |

This matter comes before the Court on Defendant's motion for reconsideration of his sentence filed on July 1, 2004. As Defendant has already been released from prison,

**IT IS** on this __14__ day of March, 2011

**ORDERED** that Defendant's motion is denied as moot.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOSÉ L. LINARES
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE